AO 440 (Rev. 8/01) Summons in a Civil Action

**JUDGE CHIN**

# UNITED STATES DISTRICT COURT

Southern _____ District of _____ New York

JOHN KOWSKY

V.

NATIONAL RAILROAD PASSENGER CORPORATION

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**08 CIV 3548**

TO: (Name and address of Defendant)

National Railroad Passenger Corporation
30th & Market Sts
Phil. PA. 19104

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**J. MICHAEL McMAHON**

CLERK

(BY) DEPUTY CLERK

DATE    APR 1 4 2008

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 4-18-08 |
| NAME OF SERVER (PRINT) Mike Kelly | TITLE Investigator |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served: 30th Street Station

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  4-18-08                 M J Kelly
              Date                    Signature of Server

1515 Market St - Phila. PA. 19102
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.