UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JOHN KOWSKY,                                         **RULE 7.1 STATEMENT**
          Plaintiff,
   - against -                                     **Docket No. 08 CIV 3548**

NATIONAL RAILROAD PASSENGER              **ASSIGNED TO HON:**
CORPORATION, a/k/a AMTRAK,                **DENNY CHIN, USDJ**
          Defendant.
------------------------------------------------------------X

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrate Judges of the court to evaluate possible disqualification or recusal, the undersigned counsel for defendant National Railroad Passenger Corporation a/k/a Amtrak certifies that the following are parent companies, subsidiaries or affiliates of Amtrak which have any outstanding securities in the hands of the public:

        Amtrak, a corporation providing intercity passenger rail service, has no parent company. However, American Premiere Underwriters, Inc. and Burlington Northern Santa Fe Railroad Company own 10% or more of Amtrak's stock.

      These representations are made in order that the judges of this court may determine the need for recusal.

Dated:  New York, New York
        April 30, 2008

                                                Yours, etc.,

                                                JEFFREY SAMEL & PARTNERS

                      By:    _____
                                                Richard A. Soberman (RAS 7330)
                                                Attorneys for Defendant AMTRAK
                                                150 Broadway, 20th Floor
                                                New York, New York 10038
                                                (212) 587-9690

TO:   **MYERS LAFFERTY LAW OFFICES, P.C.**
       Attorneys for Plaintiff
       1516 Market Street, Suite 810
       Philadelphia, PA  19102

## CERTIFICATE OF SERVICE

I hereby certify that I have this 30th day of April, 2008, caused to be placed in the United States Mail, postage prepaid, a true and correct copy of the foregoing **RULE 7.1 STATEMENT**, to:

**MYERS LAFFERTY LAW OFFICES, P.C.**
Attorneys for Plaintiff
1516 Market Street, Suite 810
Philadelphia, PA  19102

_____
Richard A. Soberman
(RAS 7330)

**Docket No. 08 CIV 3548**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
──────────────────────────────────────────
JOHN KOWSKY,

      Plaintiff,

  - against -

NATIONAL RAILROAD PASSENGER
CORPORATION, a/k/a AMTRAK,

      Defendant.
──────────────────────────────────────────

### RULE 7.1 STATEMENT
──────────────────────────────────────────

**JEFFREY SAMEL & PARTNERS**
Attorneys for Defendant
**NATIONAL RAILROAD PASSENGER CORPORATION**
Office and P.O. Address
150 Broadway - 20th Floor
New York, New York 10038
(212) 587-9690
File No.: 16-0397