UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
500 PEARL STREET NEW YORK, N.Y. 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/11/08
```

**J. Michael McMahon**
**Clerk of the Court**

---------------------------- x
John Kowsky,

              Plaintiff(s),             08 Civ. 3538  (DC)

    - against -

National Railroad Passenger Corp.,

             Defendant(s).
---------------------------- x

      The above-captioned action has been assigned to Judge Denny Chin.

      Counsel for both sides are directed to attend a pretrial conference for the purpose of determining the status of the case, setting a discovery schedule, fixing a trial date, and discussing possible settlement.

      This conference will be held on August 27, 2008 at 11:30 A.M., in Room 11A of the United States Courthouse, 500 Pearl Street, New York, New York 10007.

      Please review Judge Chin's Rules and Procedures in Civil Cases, located at www.nysd.uscourts.gov/Individual_Practices/Chin.pdf, as well as the Court rules on electronic filing in ECF cases, located at www.nysd.uscourts.gov/cmecf/cmecfindex.htm.

      **Please send a copy of this notice to your adversary**, and mail a copy of a transmittal letter to the undersigned. All communication regarding scheduling should be directed to Judge Chin's courtroom deputy.

Dated:     New York, New York
             August 11, 2008

                                                              Sincerely,

                                                                 David Tam
                                                                  Courtroom Deputy Clerk
                                                                  U.S.D.C. - S.D.N.Y.
                                                                500 Pearl Street, Rm. 1020
                                                                New York, New York 10007
                                                                (212) 805-0096